IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

FILED

SEP 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PT (PERSERO) MERPATI NUSANTARA AIRLINES

PLAINTIFF,

CASE NO._____

V.

HUME & ASSOCIATES, P.C.

AND

JON C. COOPER

AND

ROBERT HUME

DEFENDANTS.

Case: 1:07-cv-01701
Assigned To : Friedman, Paul L.
Assign. Date : 9/24/2007
Description: Contract

### CERTIFICATE UNDER LcvR 7.1

I, undersigned counsel of record for **PT (PERSERO) MERPATI AIRLINES** (**"MERPATI"**), certify that to the best of my knowledge and belief, there are no parent companies or publicly held corporations that own 10% or more of any Merpati stock.

These representations are made in order that the judges of this Court may determine the need for recusal.

Respectfully Submitted,

PT (Persero) Merpati Nusantara Airlines
By Counsel

LAW OFFICES
BEAN, KINNEY & KORMAN
A PROFESSIONAL CORPORATION
2300 WILSON BOULEVARD, 7TH FLOOR
ARLINGTON, VIRGINIA 22201

BEAN, KINNEY & KORMAN, P.C.

By: _____
James R. Schroll, Esquire (DC Bar No. 256099)
Juanita F. Ferguson, Esquire (DC Bar No. 471045)
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia 22201
Phone: 703-525-4000
Facsimile: 703-525-2207