IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PT (PERSERO) MERPATI NUSANTARA AIRLINES,** | * * * | |
| **Plaintiff,** | * * | |
| vs. | * * | Case No. 1:07-CV-01701 |
| | | Judge: Paul L. Friedman |
| **HUME & ASSOCIATES, PC,** *et al.* | * * | |
| **Defendants.** | * | |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS OF DEFENDANT HUME & ASSOCIATES, P.C.

Defendant Hume & Associates, P.C., pursuant to LCvR 7.1, hereby certifies that there are no parents, subsidiaries, or affiliates which, to the knowledge of counsel, have any outstanding securities in the hands of the public.

Respectfully submitted,

BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC

By: _____
Geoffrey T. Hervey, # 415907
7315 Wisconsin Avenue, Suite 800 West
Bethesda, Maryland 20814
301-656-2707 phone
301-961-6525 fax
ghervey@bregmanlaw.com
Counsel for Defendants Hume & Assoc., P.C. and
Jon C. Cooper, Ph.D.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Disclosure was served by pursuant to the Court's ECF system at the time of filing on:

>James Schroll, Esquire jschroll@beankinney.com
>Juanita Ferguson, Esquire jfergusson@beankinney.com
>Bean Kinney & Korman, P.C.
>2300 Wilson Boulevard, 7th Floor
>Arlington, Virginia 22201,

and I further certify that a copy of the Disclosure was mailed, first-class postage paid, to Robert Hume, Esquire, 11711 N.E. Yomalt Point Drive, Unit D, Bainbridge Island, Washington 98110-3933 on the date that this Disclosure was filed in Court, with a courtesy copy by e-mail to thume@humepc.com.

>BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC
>
>By: _____
>Geoffrey T. Hervey, # 415907
>7315 Wisconsin Avenue, Suite 800 West
>Bethesda, Maryland 20814
>301-656-2707 phone
>301-961-6525 fax
>ghervey@bregmanlaw.com
>Counsel for Defendants Hume & Assoc., P.C. and Jon C. Cooper, Ph.D.