UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
PT (PERSERO) MERPATI                )
    NUSANTARA AIRLINES,             )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civil Action No. 07-1701 (PLF)
                                    )
HUME & ASSOCIATES, P.C., *et al.*,  )
                                    )
        Defendants.                 )
_____ )

ORDER

On November 19, 2007, the Clerk's Office received an Answer from pro se defendant Robert Hume. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper shall be signed by at least one attorney of record in the attorney's individual name, or, if the party is not represented by an attorney, shall be signed by the party." Mr. Hume's Answer is not signed and will not be accepted for filing. It is hereby

ORDERED that defendant Hume shall file a signed Answer on or before December 28, 2007.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: December 13, 2007