IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

PT (PERSERO) MERPATI NUSANTARA AIRLINES |
　　　　　　　　　　　　　　　　　　　　　　　|
　　　　　　　　　　　　　　　　　　　　　　　|
　　　　PLAINTIFF,　　　　　　　　　　　　　　|
　　　　　　　　　　　　　　　　　　　　　　　| CASE NO. 1:07-CV-01701
v.　　　　　　　　　　　　　　　　　　　　　　|
　　　　　　　　　　　　　　　　　　　　　　　|
HUME & ASSOCIATES, P.C., *et al.*　　　　　 |
　　　　　　　　　　　　　　　　　　　　　　　|
　　　　DEFENDANTS.

## CERTIFICATE OF DISCOVERY

THE CLERK will please take notice that the following discovery materials were served on the date and in the manner described below:

| | |
|---|---|
| Discovery materials: | Plaintiff's Request for Production of Documents to Defendant Hume & Associates, P.C. |
| Date of service: | January 14, 2008 |
| Party served: | Geoffrey T. Hervey, Esq.<br>7315 Wisconsin Avenue, Suite 800 West<br>Bethesda, MD 20814<br><br>Robert Hume, Esq.<br>8000 NE West Port Madison Road<br>Bainbridge, WA 98110 |
| Method of service: | First Class Mail |

　　　　　　　　　　　　　　　　　　PT (Persero) Merpati Nusantara Airlines
　　　　　　　　　　　　　　　　　　By Counsel

By:         */S/ Juanita F. Ferguson*
　　　　James R. Schroll, DC Bar #256099
　　　　Juanita F. Ferguson, Esq. DC Bar #471045
　　　　BEAN, KINNEY & KORMAN, P.C.
　　　　2300 Wilson Blvd., 7th Floor
　　　　Arlington, Virginia 22201
　　　　(703) 525-4000
　　　　(703) 525-2207 (Fax)
　　　　*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

　　　　I hereby certify that on January 14, 2008, a copy of the Certificate of Discovery for Plaintiff's Request for Production of Documents to Defendant Hume & Associates, P.C. was provided via US Mail to :

Geoffrey T. Hervey, Esq.
7315 Wisconsin Avenue, Suite 800 West
Bethesda, MD 20814

Robert Hume, Esq.
8000 NE West Port Madison Road
Bainbridge, WA 98110

　　　　　　　　　　　　　　　　　　　　　*/S/ Juanita F. Ferguson*
　　　　　　　　　　　　　　　　　　　　　Juanita F. Ferguson