IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PT (PERSERO) MERPATI NUSANTARA AIRLINES** | |
| PLAINTIFF, | |
| | CASE NO. 1:07-CV-01701 |
| v. | |
| **HUME & ASSOCIATES, P.C.,** *et al.* | |
| DEFENDANTS. | |

## CERTIFICATE OF DISCOVERY

THE CLERK will please take notice that the following discovery materials were served on the date and in the manner described below:

| | |
|---|---|
| Discovery materials: | Plaintiff's First Set of Interrogatories to Defendant Hume & Associates, P.C. |
| Date of service: | January 14, 2008 |
| Party served: | Geoffrey T. Hervey, Esq.<br>7315 Wisconsin Avenue, Suite 800 West<br>Bethesda, MD 20814<br><br>Robert Hume, Esq.<br>8000 NE West Port Madison Road<br>Bainbridge, WA 98110 |
| Method of service: | First Class Mail |

                                                             PT (Persero) Merpati Nusantara Airlines
                                                             By Counsel

By:       */S/ Juanita F. Ferguson*
      James R. Schroll, DC Bar #256099
      Juanita F. Ferguson, Esq. DC Bar #471045
      BEAN, KINNEY & KORMAN, P.C.
      2300 Wilson Blvd., 7th Floor
      Arlington, Virginia 22201
      (703) 525-4000
      (703) 525-2207 (Fax)
      *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2008, a copy of the Certificate of Discovery for Plaintiff's First Set of Interrogatories to Defendant Hume & Associates, P.C. was provided via US Mail to :

Geoffrey T. Hervey, Esq.
7315 Wisconsin Avenue, Suite 800 West
Bethesda, MD 20814

Robert Hume, Esq.
8000 NE West Port Madison Road
Bainbridge, WA 98110

                                             */S/ Juanita F. Ferguson*
                                             Juanita F. Ferguson