IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

PT (PERSERO) MERPATI NUSANTARA AIRLINES |
|
|
    PLAINTIFF,    |
| CASE NO. 1:07-CV-01701
v.    |
|
HUME & ASSOCIATES, P.C., *et al.*   |
|
    DEFENDANTS.

### CERTIFICATE OF DISCOVERY

THE CLERK will please take notice that the following discovery materials were served on the date and in the manner described below:

| | |
|---|---|
| Discovery materials: | Plaintiff's Request for Production of Documents to Defendant Robert Hume |
| Date of service: | January 14, 2008 |
| Party served: | Geoffrey T. Hervey, Esq.<br>7315 Wisconsin Avenue, Suite 800 West<br>Bethesda, MD 20814<br><br>Robert Hume, Esq.<br>8000 NE West Port Madison Road<br>Bainbridge, WA 98110 |
| Method of service: | First Class Mail |

                          PT (Persero) Merpati Nusantara Airlines
                          By Counsel

By:          /S/ Juanita F. Ferguson
      James R. Schroll, DC Bar #256099
      Juanita F. Ferguson, Esq. DC Bar #471045
      BEAN, KINNEY & KORMAN, P.C.
      2300 Wilson Blvd., 7th Floor
      Arlington, Virginia 22201
      (703) 525-4000
      (703) 525-2207 (Fax)
      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2008, a copy of the Certificate of Discovery for Plaintiff's Request for Production of Documents to Defendant Robert Hume was provided via US Mail to :

Geoffrey T. Hervey, Esq.
7315 Wisconsin Avenue, Suite 800 West
Bethesda, MD 20814

Robert Hume, Esq.
8000 NE West Port Madison Road
Bainbridge, WA 98110

                                            */S/ Juanita F. Ferguson*
                                            Juanita F. Ferguson