UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PT (PERSERO) MERPATI NUSANTARA AIRLINES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HUME & ASSOCIATES, P.C., *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 07-1701 (PLF) |

ORDER

Plaintiff recently filed with the Court a number of filings entitled "Notice (Certificate of Discovery)." As the Federal and Local Rules make clear, however, discovery material is not to be filed with the Court unless so ordered. See Fed. R. Civ. P. 26(a)(4); LCvR 5.2(a). Accordingly, it is hereby

ORDERED that plaintiff shall cease filing discovery with the Court.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 16, 2008