**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **PT (PERSERO) MERPATI** | * | |
| **NUSANTARA AIRLINES,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **Case No. 1:07-CV-01701** |
| | * | **Judge:  Paul L. Friedman** |
| **HUME & ASSOCIATES, PC,** *et al.* | * | |
| | * | |
| **Defendants.** | * | |

**LOCAL RULE 16.3(d) REPORT TO THE COURT AND PROPOSED ORDER**

Counsel for the Plaintiff and counsel for Defendants Hume & Associates, P.C. and Jonathan C. Cooper, Ph.D. met and conferred pursuant to Local Rule 16.3 on January 25, 2008.  Defendant Robert Hume has not yet entered an appearance, either *pro se* or through counsel.

Counsel for the parties have reached the following agreements with respect to the items enumerated in Local Rule 16.3(c):

1.  Whether the Case is Likely to be Disposed of By Dispositive Motion.

The parties are not in the position at this time to determine whether dispositive motions will be filed.

2.  Date By Which Other Parties Should Be Joined and Pleadings Amended.

February 15, 2008.

3.  Assignment to Magistrate Judge.

The parties do not consent to the assignment of this case to a Magistrate Judge.

4.  Possibility of Settlement.

No realistic possibility of settlement exists, at least at this time.

5.  <u>Submission to the Court's ADR Procedures</u>.

Submission of this case to a mediator could be beneficial after the deposition of Dr. Cooper has been completed to assist the parties structure a potential settlement and structure the disclosure of financial information related to such a settlement.

6.  <u>Summary Judgment</u>.

The parties have not ruled out the possibility of a motion for summary judgment based on the results of discovery to date.  Any motions for summary judgment must be filed by April 15, 2008, with oppositions due within 21 days thereafter, and replies due within 7 days thereafter.   The parties request that the court hold a hearing on such motions within 21 days after the due date for the reply.

7.  <u>Initial Disclosures under Fed. R. Civ. P. 26(a)(1)</u>.

The parties will comply with the initial disclosures required under Rule 26(a)(1). The parties will comply by February 18, 2008.

8.  <u>Extent and Timing of Discovery</u>.

The parties agree to complete written discovery and depositions by March 31, 2008.  Written discovery shall be served so that responses are due not later than March 31, 2008.

The parties currently disagree as to the extent to which the Plaintiff is entitled to financial information of the Defendants and certain witnesses (including Julia Cooper). In the event that the parties cannot resolve this disagreement, they may pursue motions to compel and/or motions for protective orders.

9.  <u>Experts</u>.

The parties do not currently anticipate calling expert witnesses at trial.  Should experts be selected, however, the parties agree that the Plaintiff shall identify its experts and provide a report pursuant to Rule 26(a)(2) on or before February 15, 2008, and that such experts will be made available for deposition thereafter, and that the Defendants shall identify their experts and provide a report pursuant to Rule 26(a)(2) on or before March 10, 2008, and that such experts will be made available for deposition thereafter. Depositions of experts will be completed on or before the close of discovery.

10. <u>Class Actions: Not Applicable</u>.

11. <u>Bifurcation</u>.

This case need not be bifurcated or tried in phases.

12. <u>Date for Pretrial Conference</u>.

April 8, 2008.

13. <u>Firm Trial Date</u>.

A trial date should be set at the first scheduling conference.

14. <u>Other Matters</u>.

Respectfully submitted,

BEAN, KINNEY & KORMAN, P.C.

By: */s/ James. R. Schroll*
James R. Schroll, Esq. (DC Bar #256099)
Philip M. Keating, Esq. (DC Bar #384726)
Juanita F. Ferguson, Esq. (DC Bar #471045)
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia 22201
Phone: 703-525-4000
Facsimile: 703-525-2207
*Counsel for the Plaintiff*

BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC


By: /s/ Geoffrey T. Hervey
Geoffrey T. Hervey, # 415907
7315 Wisconsin Avenue, Suite 800 West
Bethesda, Maryland 20814
301-656-2707 phone
301-961-6525 fax
ghervey@bregmanlaw.com
*Counsel for Defendants Hume & Assoc., P.C. and*
*Jon C. Cooper, Ph.D.*