A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

PT (PERSERO) MERPATI  
NUSANTARA AIRLINES  
      Plaintiff(s) ) **APPEARANCE**

vs. ) CASE NUMBER    07 cv 1701(PLF)  
HUME & ASSOCIATES, et al.  
      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  **Jonathan Zucker**  as counsel in this
(Attorney's Name)

case for:  **Defendant Robert T. Hume**
(Name of party or parties)

2/5/08  
Date

384629  
BAR IDENTIFICATION

Signature: *Jonathan Zucker*  
Print Name: Jonathan Zucker  
Address: 514 10th Street, N.W., 9th Floor  
City: Washington, DC    State:    Zip Code: 20004  
Phone Number: (202) 624-0784