CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PT (Persero) MERPATI )
   NUSANTARA AIRLINES )
                         )
      Plaintiff )
                         )
      v. )     Civil Case Number 07-1701(RJL)
                         )
                         )
                         )
HUME & ASSOCIATES, PC, )     Category   M
     ET AL. )
                         )
      Defendants )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>February 7, 2008</u> from

<u>Judge Paul L. Friedman</u> to <u>Judge Richard J. Leon</u> by direction of the Calendar

Committee.

(Case Related to CA 07-717 before Judge Leon)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:  <u>Judge Friedman</u> & Courtroom Deputy
     <u>Judge Leon</u> & Courtroom Deputy
     Liaison, Calendar and Case Management Committee
     Civil Case Processing Clerk