IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

PT (PERSERO) MERPATI
     NUSANTARA AIRLINES

          PLAINTIFF,

v.                            CASE NO. 1:07-CV-01701(RJL)

HUME & ASSOCIATES, P.C., et al.

          DEFENDANTS.

### DEFENDANT HUME'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE DUE TO UNAVAILABILITY OF COUNSEL

Defendant, Robert T. Hume, through undersigned counsel hereby requests this Court to continue the status conference in this case due to counsel's unavailability. In support of this motion, counsel states:

1. A status conference has been scheduled in this matter for 4:00 p.m. on March 26, 2008.

2. Undersigned counsel will be out of the jurisdiction from March 24, 2008 through March 28, 2008 due to previously arranged, prepaid vacation plans.

3. Counsel for plaintiff Juanita F. Ferguson and counsel for codefendants Geoffrey Hervey do not oppose the requested continuance.

4. All counsel are available March 31 through April 3, 2008, or the afternoon of April 4, for a rescheduled conference.

WHEREFORE for the foregoing reasons, defendant respectfully requests that the motion be granted and the status conference in this case be rescheduled to a date and time convenient to the Court and all parties.

Respectfully submitted,

    /s/ Jonathan Zucker
Jonathan Zucker, #384629
514 10th Street, N.W., 9th Floor
Washington, DC 20004
(202) 624-0784

Counsel for Defendant Hume

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

PT (PERSERO) MERPATI
    NUSANTARA AIRLINES

        PLAINTIFF,

    v.                          CASE NO. 1:07-CV-01701(RJL)

HUME & ASSOCIATES, P.C., et al.

        DEFENDANTS.

**ORDER**

Upon consideration of defendant Hume's Motion to Continue Status Conference and the lack of opposition thereto, it is on this _____ day of _____, 2008,

ORDERED, that the Motion is granted, and it is

FURTHER ORDERED that the status conference scheduled for March 26, 2008, is hereby vacated, and it is

FURTHER ORDERED that the status conferences is hereby rescheduled to _____ _____, 2008 at ____ am/pm.

                                              _____
                                              Richard J. Leon
                                              US District Court Judge