IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PT (PERSERO) MERPATI NUSANTARA AIRLINES, | * * * |
| Plaintiff, | * * |
| vs. | *   Case No. 1:07-CV-01701 |
| | *   Judge: RJL |
| HUME & ASSOCIATES, PC, *et al.* | * * |
| Defendants. | * |

### LOCAL RULE 16.3(d) REPORT TO THE COURT AND PROPOSED ORDER

Counsel for all of the parties conferred pursuant to Local Rule 16.3 on March 11, 2008.

Counsel for the parties have reached the following agreements with respect to the items enumerated in Local Rule 16.3(c):

1. <u>Whether the Case is Likely to be Disposed of By Dispositive Motion.</u>

Defendant Robert Hume anticipates filing a dispositive motion with respect to the claims filed against him. Plaintiff, Merpati, also anticipates filing a dispositive motion, although Merpati notes that discovery has not been completed.

2. <u>Date By Which Other Parties Should Be Joined and Pleadings Amended</u>.

April 15, 2008.

3. <u>Assignment to Magistrate Judge</u>.

Defendants are not opposed to the assignment of this case to a Magistrate Judge; Plaintiff does not consent to such assignment at this time.

4. <u>Possibility of Settlement</u>.

The parties are negotiating settlement in good faith, however settlement seems improbable at this time.

5. <u>Submission to the Court's ADR Procedures</u>.

Submission of this case to a mediator could be beneficial to assist the parties structure a potential settlement and structure the disclosure of financial information related to such a settlement.

6. <u>Summary Judgment</u>.

The parties have not ruled out the possibility of a motion for summary judgment based on the results of discovery to date. See item 1, above. Any motions for summary judgment must be filed by June 16, 2008, with oppositions due within 35 days thereafter, and replies due within 7 days thereafter. The parties request that the court hold a hearing on such motions within 21 days after the due date for the reply.

7. <u>Initial Disclosures under Fed. R. Civ. P. 26(a)(1).</u>

The parties will comply with the initial disclosures required under Rule 26(a)(1). The parties will comply by April 4, 2008.

8. <u>Extent and Timing of Discovery</u>.

The parties agree to complete written discovery by May 15, 2008, and depositions by May 30, 2008, except that the deposition of Robert Hume may be completed on or before June 13, 2008. Written discovery shall be served so that responses are due not later than May 15, 2008.

The parties currently disagree as to the extent to which the Plaintiff is entitled to financial information of the Defendants and certain witnesses (including Julia Cooper).

In the event that the parties cannot resolve this disagreement, they may pursue motions to compel and/or motions for protective orders.

    9. <u>Experts</u>.

The parties do not currently anticipate calling expert witnesses at trial. Should experts be selected, however, the parties agree that the Plaintiff shall identify its experts and provide a report pursuant to Rule 26(a)(2) on or before May 1, 2008, and that such experts will be made available for deposition thereafter, and that the Defendants shall identify their experts and provide a report pursuant to Rule 26(a)(2) on or before May 15, 2008, and that such experts will be made available for deposition thereafter. Depositions of experts will be completed on or before the close of discovery.

    10. <u>Class Actions; Not Applicable</u>.

    11. <u>Bifurcation</u>.

This case need not be bifurcated or tried in phases.

    12. <u>Date for Pretrial Conference</u>.

September 3, 2008.

    13. <u>Firm Trial Date</u>.

A trial date should be set at the first scheduling conference.

    14. <u>Other Matters</u>.

None.

Respectfully submitted,

BEAN, KINNEY & KORMAN, P.C.

By: */s/ Juanita F. Ferguson*
Juanita F. Ferguson, Esq. (DC Bar #471045)
James R. Schroll, Esq. (DC Bar #256099)
Philip M. Keating, Esq. (DC Bar #384726)
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia 22201
Phone: 703-525-4000
Facsimile: 703-525-2207
Counsel for the Plaintiff


BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC


By: _____
Geoffrey T. Hervey, # 415907
7315 Wisconsin Avenue, Suite 800 West
Bethesda, Maryland 20814
301-656-2707 phone
301-961-6525 fax
ghervey@bregmanlaw.com
Counsel for Defendants Hume & Assoc., P.C. and
Jon C. Cooper, Ph.D.


JONATHAN ZUCKER

_____/s/_____
Jonathan Zucker, #384629
514 10th Street, N.W., 9th Floor
Washington, D.C. 20004
202-624-0784
Counsel for Defendant Robert Hume