Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1332 Diversity-Breach of Contract | | TYPE-M | |
|---|---|---|---|---|
| CASE NO:<br>CV07-1701 | DATE REFERRED:<br>4/21/08<br><br>DISPOSITION DATE: | PURPOSE:<br>MEDIATION | JUDGE:<br>RICHARD J. LEON | MAG. JUDGE<br>JOHN M. FACCIOLA |

| PLAINTIFF (S) :<br>PT (PERSERO) MERPATI NUSANTARA AIRLINES | DEFENDANT(S):<br>HUME & ASSOCIATES PC , ET AL |
|---|---|

ENTRIES:

CASE IS REFERRED TO MEDIATION FOR 60 DAYS