IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PT (PERSERO) MERPATI NUSANTARA AIRLINES, | * * * | |
| Plaintiff, | * * | |
| vs. | * * | Case No. 1:07-CV-01701 |
| HUME & ASSOCIATES, PC, *et al.* | * * | Judge: Richard Leon |
| Defendants. | * | |

**MOTION TO WITHDRAW AS COUNSEL
FOR DEFENDANTS HUME & ASSOCIATES, P.C. AND JON C. COOPER**

Geoffrey T. Hervey and the law firm of Bregman, Berbert, Schwartz & Gilday, LLC, pursuant to Local Rule 83.6, hereby move to withdraw as counsel for defendants Hume & Associates, PC and Jon C. Cooper, Ph.D., ("Defendants").

**MEMORANDUM OF POINTS AND AUTHORITIES**

Undersigned counsel moves to withdraw because the Defendants are unable to satisfy their financial obligations to counsel. Moreover, the Defendants are no longer responding to communications from counsel, and therefore counsel is unable to represent their interests.

In July of 2007, undersigned counsel informed Defendants that he could no longer represent them because the Defendants have not paid counsel for past services, the amount owed to counsel is large, and the Defendants can offer no assurances that they could pay counsel for past services, let alone future services. Counsel asked for the Defendants' consent to withdraw as counsel, and the Defendants, through Jon Cooper, agreed.

With the consent of Dr. Cooper, undersigned counsel contacted the law clerk to the Honorable John Facciola (to whom this case was referred for mediation) to explain that counsel would be withdrawing and that counsel would not attend the upcoming mediation session. On July 18, 2008, Dr. Cooper attended the mediation session on behalf of himself and Hume & Associates, P.C. without counsel's involvement.

At about the same time, counsel prepared a Consent Motion to Withdraw, which counsel asked Dr. Cooper to sign to indicate Defendants' consent to the requested withdrawal. Dr. Cooper assured undersigned counsel on several occasions that he would sign the Consent Motion to Withdraw, but he never did.

Dr. Cooper has not responded to any communications from undersigned counsel since late July of 2008.

The withdrawal of counsel will not prejudice the Defendants. All (or almost all) discovery has been completed. Mediation has been attempted. No trial date has been set. To counsel's knowledge, no events are pending.

For all of these reasons, Geoffrey T. Hervey and the law firm of Bregman, Berbert, Schwartz & Gilday, LLC, pursuant to Local Rule 83.6, respectfully request that the Court grant this Motion to Withdraw as counsel for defendants Hume & Associates, PC and Jon C. Cooper, Ph.D.

> Respectfully submitted,
>
> BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC
>
> By: _____
> Geoffrey T. Hervey, # 415907
> 7315 Wisconsin Avenue, Suite 800 West
> Bethesda, Maryland 20814
> 301-656-2707 phone
> 301-961-6525 fax
> ghervey@bregmanlaw.com
> Counsel for Defendants Hume & Assoc., P.C. and
> Jon C. Cooper, Ph.D.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion was served by e-mail and regular mail, postage paid, on September 4, 2008, to:

> Jon C. Cooper, Ph.D.
> 3109 18th Street, N.W.
> Washington, D.C. 20010
>
> Jon C. Cooper, Esquire
> Hume & Associates, P.C.
> 1924 N Street, N.W.
> Washington, D.C. 20036
>
> Juanita Ferguson, Esquire
> Bean Kinney & Korman, P.C.
> 2300 Wilson Boulevard, 7th Floor
> Arlington, Virginia 22201

4

Jonathan Zucker, Esquire
514 10th Street, N.W., 9th Floor
Washington, D.C. 20004

_____
Geoffrey T. Hervey